■ In the Matter of MATTHEW E. MAGILL, Respondent, v LINDSAY A. ESPOSITO, Appellant. PAUL B. WATKINS, ESQ., Attorney for the Child, Appellant. [60 NYS3d 891]—Appeals from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered June 16, 2016 in a proceeding pursuant to Family Court Act article 6. The order, among other things, adjudged that the subject child shall primarily reside with petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Carni, Lindley, Troutman and Winslow, JJ.